ORIGINAL

# In the United States Court of Federal Claims

| | |
|---|---|
| ANGELA L. HANSEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 17-1746C ) ) Filed: March 1, 2018 |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

FILED

MAR - 1 2018

U.S. COURT OF
FEDERAL CLAIMS

## DISMISSAL ORDER

Plaintiff, *pro se*, Angela L. Hansen, commenced this action on November 6, 2017 (docket entry no. 1). On November 27, 2017, plaintiff also filed a motion to proceed *in forma pauperis* and a motion to appoint counsel (docket entry nos. 6-7). On January 5, 2018, the government filed a motion to dismiss this action, pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC") (docket entry no. 9). Plaintiff's response to the government's motion to dismiss was due on February 2, 2018.

On February 9, 2018, the Court issued a Show Cause Order directing plaintiff to show cause why she failed to timely respond to the government's motion to dismiss and to file a response to the government's motion to dismiss by February 23, 2018. In the Show Cause Order, the Court informed plaintiff that the Court would treat plaintiff's failure to file a timely response as a failure to comply with the Court's Order and to prosecute this matter, pursuant to RCFC 41(b).

Because plaintiff has failed to comply with the Court's February 9, 2018 Order and to timely prosecute this matter, the Court **DISMISSES** this action without prejudice. RCFC 41(b).[1]

---

[1] RCFC 41(b) provides that: "[i]f the plaintiff fails to prosecute or to comply with [the Court's] rules or a court order, the court may dismiss on its own motion or the defendant may move to dismiss the action or any claim against it." RCFC 41(b).

7016 3010 0000 4308 4232

For this reason, the Court also **DENIES** as moot plaintiff's motions to proceed *in forma pauperis* and to appoint counsel.

The Clerk's Office is directed to **ENTER** final judgment **DISMISSING** the complaint without prejudice.

**IT IS SO ORDERED.**

_____
LYDIA KAY GRIGGSBY
Judge